UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA           :    MISDEMEANOR
                                        INFORMATION
            - v. -                 :
                                        08 Cr.
EDWARD GEORGE JOHNSON,             :
    a/k/a "Dutch,"
                                        08 CRIM 491
            Defendant.             :

- - - - - - - - - - - - - - - - -x

## COUNT ONE

The United States Attorney charges:

From in or about September 2002 through in or about April 18, 2003, within the special maritime and territorial jurisdiction of the United States, EDWARD GEORGE JOHNSON, a/k/a "Dutch," the defendant, unlawfully, willfully, and knowingly did buy, receive and conceal money, goods, bank notes, and another thing which may have been the subject of larceny, which had been feloniously taken, stolen, and embezzled, from another person, knowing the same to have been so taken, stolen, and embezzled, to wit, JOHNSON caused pieces of Egyptian antiquities that he knew had been stolen, and that had a total value not exceeding $1,000, to be concealed on board an aircraft belonging to the United States that flew from Cairo, Egypt, to a United States military base in Germany.

(Title 18, United States Code, Sections 662 and 2.)

_____
MICHAEL J. GARCIA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

EDWARD GEORGE JOHNSON,
a/k/a "Dutch,"

Defendant.

MISDEMEANOR INFORMATION

08 Cr. _____

MICHAEL J. GARCIA
United States Attorney.