UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,          :

vs.                                :

EDWARD G. JOHNSON,                 :

               Defendant.          :
------------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06/17/08
```

ORDER
08 Cr. 491 (KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      On June 11, 2008, the defendant tendered a plea of guilty to a misdemeanor information. Thereafter, he requested that a sentencing proceeding be held as rapidly as possible. In response to the defendant's request, the Court scheduled a sentencing date of October 8, 2008, at 10:30 a.m., with the proviso that the sentencing proceeding would be scheduled earlier if the United States Probation Department ("Probation Department") advised the Court that an appropriate presentence investigation report could be generated on an expedited basis.

      The Probation Department has advised the Court that it can prepare an appropriate presentence report on an expedited basis. Therefore, the defendant's sentencing proceeding, previously scheduled for October 8, 2008, at 10:30 a.m., will be held on August 25, 2008, at 11:00 a.m., in courtroom 5A, 500 Pearl St., New York, New York.

Dated: New York, New York
       June 17, 2008

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE