# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*



Southern District of New York
John J. Byrnes
*Attorney-in-Charge*

**MEMO ENDORSED**

August 12, 2008

Via Facsimile

Honorable Kevin N. Fox
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: **United States v. Edward Johnson**
    08 Cr. 491

Dear Judge Fox:

I write on behalf of my client, Mr. Johnson, and with the consent of the Government, to request a brief adjournment of sentencing, which is currently scheduled for August 25, 2008, to allow the Presentence Report to be completed and to permit me to prepare a sentencing submission. If it is convenient to the Court, we ask that the sentencing be rescheduled to September 16 or September 17, 2008.

Thank you for your consideration of this request.

8/18/08
The sentencing proceeding,
previously scheduled for August 25, 2008
will be held on September 16, 2008, at
10:30 a.m., in courtroom 20A.
SO ORDERED:
/Kevin Nathaniel Fox/, U.S.M.J.

Respectfully Submitted,

Deirdre D. von Dornum
Asst. Federal Defender
(718) 330-1208

cc: Sarah Y. Lai, Asst. U.S. Attorney (via facsimile)